1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          2:11-CR-00139-JAM

12 |       Plaintiff,                   FINAL ORDER OF FORFEITURE

13 |    v.

14 | ERIC WILLIAM SMITH,

15 |       Defendant.

16

17     WHEREAS, on or about August 27, 2012, this Court entered a Preliminary Order of Forfeiture

18 pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) based upon the entry of

19 guilty plea to Counts 1 , 2, and 3 of the Indictment and agreement by defendant Eric William Smith to

20 forfeit to the United States the following property:

21         a.    one Mossberg, model 500A Tactical Cruiser, 12 gauge shotgun with SWAT
                 breaching barrel, serial number T284943.
22

23     AND WHEREAS, beginning on September 1, 2012, for at least 30 consecutive days, the United

24 States published notice of the Court's Order of Forfeiture on the official internet government forfeiture

25 site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the

26 Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

27 validity of their alleged legal interest in the forfeited property;

28     AND WHEREAS, the United States sent direct written notice or attempted direct written notice

                                           1
                                                              **Final Order of Forfeiture**

by certified mail and first class mail to: Jennifer Anne Mulhern;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Eric William Smith.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 17th day of May, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge